UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:19-cr-00230 |
| ) | CHIEF JUDGE CRENSHAW |
| ) | |
| JOSE ANDRADE-SANCHEZ ) | |

### DEFENDANT'S POSITION REGARDING PRESENTENCE REPORT

Defendant Jose Andrade-Sanchez respectfully states that he has no objection to the advisory Guidelines range set forth in the presentence report.

As noted in the addendum to the PSR, Mr. Andrade objects to certain of the facts as characterized in Paragraphs 5 and 6 of the PSR. The parties agreed on proposed language that would have avoided any dispute over those facts, but Probation did not accept the proposed language. Mr. Andrade maintains his objection and—in light of the parties' agreement—submits that the Court should order Probation to revise the language as proposed by the parties. However, Mr. Andrade notes that the disputed language does not affect the Guidelines calculation and is not relevant to his culpability for the instant offense of illegally reentering the country. Accordingly, under Rule 32(i)(3)(B), the Court may likewise consider this is a matter that "will not affect sentencing" and therefore not rule on the matter.

Respectfully submitted,

/s/ *Andrew C. Brandon*
ANDREW C. BRANDON (BPR# 31882)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: andrew_brandon@fd.org

Attorney for Jose Andrade-Sanchez

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 4, 2019, I electronically filed the foregoing *Position Regarding Presentence Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Brent Adams Hannafan, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Andrew C. Brandon*
ANDREW C. BRANDON

2

Case 3:19-cr-00230    Document 20    Filed 12/04/19    Page 2 of 2 PageID #: 37