# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:19-cr-00230 |
| ) | CHIEF JUDGE CRENSHAW |
| ) | |
| JOSE ANDRADE-SANCHEZ ) | |

## DEFENDANT'S POSITION REGARDING THE § 3553(a) FACTORS

Defendant Jose Andrade-Sanchez respectfully submits this position in support of a sentence of time-served. Mr. Andrade has already served time well into the middle of his Guidelines range of 3-6 months, and he is likely to spend more time in ICE custody before he is ultimately deported. Time-served is more than sufficient to punish Mr. Andrade.

Mr. Andrade was born in Mexico but came to the United States for work. In the 19 years since he came here, he has provided the labor that fueled the construction boom in the "new Nashville." (PSR at 10 ¶ 40.) Specifically, Mr. Andrade has worked installing flooring in both commercial and residential construction. He has done well for himself and for the city. He married and had children. (PSR at 9 ¶ 33.)

During his time in this country, Mr. Andrade has been deported on several occasions and returned. (PSR at 5 ¶ 9.) Importantly, however, he has returned to work and be with his family, not to pursue illegal activities. He has no felony convictions, and most of his prior misdemeanors are for driving offenses or "status" offenses related to his lack of legal documentation. When he is deported this time, he intends to remain in Mexico, and his wife and family intend to join him there.

The above information places this case squarely in the heartland of illegal reentry cases for which the Guidelines propose a reasonable approximation of appropriate punishment: 0-6 months. Mr. Andrade has spent approximately three months in pretrial detention, thus serving a middle-of-the-Guidelines sentence already. He will ultimately be deported, and he will almost certainly spend another 1 to 2 months in ICE custody being transported between several southeastern states in uncomfortable conditions. Thus, if this Court imposes a sentence of time-served, he may effectively serve a top-of-the-Guidelines sentence once time in ICE custody is taken into account.

The government may argue that Mr. Andrade's attempt to flee from ICE agents suggests a lack of respect for the law that would bear on sentencing. On the other hand, Mr. Andrade was shot during the incident. (*Id.* at 4 ¶ 6; 9 ¶ 34.) A round passed through his abdomen and into his arm. (*Id.* at 9 ¶ 34.) He was arrested while still injured, and has spent the months afterward in jail—a less-than-ideal environment for recovering from gunshot wounds. This has been a painful experience for Mr. Andrade and has increased the punitive nature of his confinement. Mr. Andrade respectfully submits that to the extent his initial encounter with ICE reflects on his culpability, his later suffering makes that a wash. The middle-of-the-Guidelines sentence he has already served under painful conditions more than suffices to punish him, especially when coupled with the time he will spend in ICE custody prior to deportation.

Despite an unusual level of attention from the media, this is an unremarkable case for sentencing purposes. Mr. Andrade has accepted responsibility for his illegal reentry into the United States, and he will serve a sentence that reflects his offense. A sentence of time-served is appropriate.

Respectfully submitted,

/s/ *Andrew C. Brandon*
ANDREW C. BRANDON (BPR# 31882)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: andrew_brandon@fd.org

Attorney for Jose Andrade-Sanchez

## CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2019, I electronically filed the foregoing *Defendant's Position Regarding the § 3553(a) Factors* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Brent Adams Hannafan, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Andrew C. Brandon*
ANDREW C. BRANDON