UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO.   3:19-cr-00230 |
| v. ) | |
| ) | Chief Judge Crenshaw |
| JOSE FERNANDO ANDRADE-SANCHEZ ) | |

**POSITION OF THE GOVERNMENT REGARDING THE PRESENTENCE REPORT**

The United States, through Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Brent A. Hannafan, hereby provides its position regarding the Presentence Investigation Report ("PSR") for the defendant, Jose Fernando Andrade-Sanchez.

The United States does not have any objections to the PSR.   But as noted in the Addendum to the PSR, defendant objected to the characterization of the interaction between defendant and Immigration and Customs Enforcement ("ICE") agents on September 5, 2019, as described in Paragraphs 5 and 6 of the PSR.   The United States did not, and does not, object to those facts as described in Paragraphs 5 and 6 of the PSR.   Nonetheless, after discussing defendant's objections with defense counsel, the undersigned advised defense counsel and the Probation Officer that the United States would also not object to defendant's proposed alternative description (included in the Addendum).   The United States has no objection to that alternative description because it also adequately describes what occurred.   Regardless of which description this Court adopts, the calculation of defendant's guidelines range is not affected by the facts contained in that portion of the PSR.   Relatedly, based upon discussions with defense counsel, it is the undersigned's expectation that neither party will present testimony at the sentencing hearing regarding what occurred on September 5, 2019.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

By: s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2019, I electronically served one copy of the United States' Position of the Government Regarding the Presentence Report with the Clerk of the Court by using the CM/ECF system, which will notify counsel for defendant, and separately sent a copy to Probation Officer Terra Everett.

                                                                     **s/ Brent A. Hannafan**
                                                                       Brent A. Hannafan
                                                                       Assistant U.S. Attorney
                                                                       110th Avenue South, A96l
                                                                       Nashville, Tennessee 37203
                                                                       Phone: 615-736-5151