# UNITED STATES DISTRICT COURT
TRIBUNAL FEDERAL DE PRIMERA INSTANCIA
# FOR THE MIDDLE DISTRICT OF TENNESSEE
PARA EL DISTRITO CENTRAL DE TENNESSEE
# NASHVILLE DIVISION
DIVISIÓN DE NASHVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ESTADOS UNIDOS DE AMÉRICA ) <br> ) <br> **v.** ) <br> contra ) <br> ) <br> ) <br> **JOSÉ FERNANDO ANDRADE-SÁNCHEZ** ) | **No. 3:19-cr-00230** <br> **CHIEF JUDGE CRENSHAW** <br> JUEZ PRINCIPAL CRENSHAW |

## PETITION TO ENTER A PLEA OF GUILTY
PETICIÓN PARA REGISTRAR UNA DECLARACIÓN DE CULPABILIDAD

**I, José Fernando Andrade-Sánchez, respectfully represent to the Court as follows:**

Yo, José Fernando Andrade-Sánchez, con todo respeto hago constar ante el Tribunal lo siguiente:

**(1) My true full name is José Fernando Andrade-Sánchez. I was born in 1980 and I am 38 years old and completed ten (10) years of formal education.**

(1) Mi nombre verdadero y completo es José Fernando Andrade-Sánchez. Nací en 1980 y tengo 38 años de edad. He completado diez (10) años de estudios formales.

**(2) My lawyer is Andrew Brandon.**

(2) Mi abogado es Andrew Brandon.

**(3) I have received a copy of the Indictment before being called upon to plead and have read and discussed it with my lawyer, and believe and feel that I understand every accusation made against me in the Indictment.**

(3) He recibido una copia de la acusación formal antes de ser llamado a responder al cargo y la he leído y discutido con mi abogado, y creo comprender la acusación hecha contra mí en la acusación formal.

**(4) I have had sufficient opportunity to discuss with my lawyer the facts and surrounding circumstances concerning the matters mentioned in the indictment. My lawyer has counseled and advised with me as to the nature of every accusation against me. We have thoroughly discussed the government's case against me and my potential defenses to the government's case. My lawyer has explained each element of the crime charged to me and what the government would offer to prove these elements beyond a reasonable doubt.**

(4) He tenido suficiente oportunidad para hablar con mi abogado acerca de los hechos y circunstancias relacionados con los asuntos mencionados en la acusación formal. Mi abogado me ha aconsejado y asesorado sobre la naturaleza y la causa de cada acusación en mi contra. Hemos hablado a fondo acerca del caso de la fiscalía contra mí y de mis posibles defensas contra dicho enjuiciamiento. Mi abogado me ha explicado cada elemento del delito que se me imputa, así como lo que la fiscalía presentaría para demostrar estos elementos más allá de duda razonable.

**(5) I understand that the statutory penalty for the offense with which I am charged is,**
      **a. as to Count One:**
            **i. 2 years of imprisonment,**
            **ii. a fine of up to $ 250,000,**
            **iii. a mandatory $100 special assessment, and**
            **iv. a term of supervised release of one year in addition to such term of imprisonment.**

**Pursuant to Rule 11 (b)(1)(O) of the Federal Rules of Criminal Procedure, I am advised that upon conviction of this offense, I may be removed from the United States, denied citizenship, and denied admission to the United States in the future, since I am not a citizen of the United States.**

2

(5) Yo entiendo que las penas máximas dispuestas por ley para el delito imputado son las siguientes:

    a. En cuanto al Cargo Uno:
        i. 2 años de prisión,
        ii. una multa de hasta $ 250,000,
        iii. un impuesto penal obligatorio de $100, y
        iv. un plazo de libertad supervisada de un año, además de dicho plazo de prisión.

De acuerdo con la Regla 11 (b)(1)(O) del Reglamento Federal de Procedimientos Penales, se me ha informado que, tras la condena por este delito, pudiera ser expulsado de los Estados Unidos, denegarme la ciudadanía, y la admisión a los Estados Unidos en el futuro, ya que no soy ciudadano de los Estados Unidos.

**(6) I have been advised that I will be sentenced to a sentence sufficient but not greater than necessary to satisfy the goals of sentencing specified in 18 U.S.C. §3553(a). One consideration will be Guidelines established by the United States Sentencing Commission. I understand that these Guidelines are advisory, but that the Court must take account of the Guidelines together with other sentencing goals. My lawyer and I have discussed the calculation of the Guidelines in my case. My lawyer has given me an estimate of the Guidelines range that may apply in my case. I realize that this is simply my lawyer's estimate. I understand that my advisory Guideline range will be calculated by the United States Probation Officer who prepares the presentence report in my case. This estimation is subject to challenge by either me or the government, unless prohibited by a plea agreement. The final Guideline calculation will be made by the Court. I further understand that I may be sentenced to a fine to be calculated through the Guidelines. No fine will be imposed if the Judge finds me unable to pay any fine. Considered in this fine may be the amount of financial loss to the victim or gain to me as well as the costs of any confinement or probation supervision. The Court may also order that restitution be made to any victim of the offense. [If I am convicted of any offense specified in 18 U.S.C. § 3663A(c), or as otherwise required by law, restitution is mandatory.] I have a right to a review of my sentence by the United States Court of Appeals for the Sixth Circuit unless waived in the plea agreement.**

(6) Se me ha indicado que seré sentenciado a una pena suficiente pero no demasiado severa como para cumplir con los objetivos relativos a los dictados de pena especificados en el Título 18 Código Federal, sección 3553(a). Una consideración será las Pautas establecidas por la Comisión Federal de Sentencias. Entiendo que estas Pautas son de naturaleza orientativa, pero que el juez debe tomarlas en cuenta junto con otros objetivos relacionados con los dictados de pena. Mi abogado y yo hemos discutido el cálculo de las Pautas en mi caso. Mi abogado me ha hecho un cálculo de la escala penal establecida por la pauta que puede aplicarse a mi caso. Estoy consciente de que éste es simplemente un cálculo aproximado hecho por mi abogado, que mi escala penal según las Pautas orientativas será calculada por el agente de Libertad Condicional Federal que prepare mi informe previo al dictado de la pena, y que este cálculo está sujeto a impugnación mía o

de la fiscalía, a menos que un acuerdo declaratorio lo prohíba. El cálculo final de la pena según las Pautas lo hará el juez. Además, entiendo que es posible que se me dicte una multa calculada a base de las Pautas. No se me impondrá ninguna multa si el juez decide que soy indigente e incapaz de pagar ninguna multa. Considerada en la multa será la cantidad de pérdida financiera sufrida por la víctima o cantidad de ganancia mía, así como los costos de cualquier confinamiento o supervisión probatoria. El juez puede también mandarme pagar una restitución a cualquier víctima del delito. [Si se me condena de un delito especificado en el Título 18 del Código Federal, sección 3663 A(c), o si de otra manera es requerida por ley, la restitución es obligatoria.] Tengo el derecho de que el Tribunal Federal de Apelaciones para el Sexto Circuito haga una revisión de mi pena a menos que yo haya renunciado a esto en un acuerdo con la fiscalía sobre mi declaración de culpabilidad.

**(7) I understand that, under 18 U.S.C. §3561(a), I am not eligible for a sentence of probation if I receive any sentence of imprisonment at the same time on this offense or any other offense, or am convicted of a class A or Class B felony, or the offense is one for which probation is expressly prohibited. I have been informed that under the present sentencing system there is no parole. I will receive only 54 days good time credit per year and it will not vest until the end of each year. I further understand that if I am sentenced to a period of supervised release and I violate the terms of that supervise release, upon revocation I could be imprisoned again.**

(7) Entiendo que bajo el Título 18 del Código Federal, sección 3561(a) no soy elegible para una libertad condicional si recibo una pena de prisión al mismo tiempo por este delito o cualquier otro delito o si se me condena de un delito mayor de la Clase A o B, o si el delito es uno para el cual la libertad condicional está expresamente prohibida. Se me ha notificado que en el sistema actual federal de imponer la pena, no se me podrá conceder libertad a prueba (parole) y que recibiré sólo 54 días acreditados cada año por buena conducta, los cuales no se aplicarán hasta terminarse cada año. Si se me condena a un período de libertad supervisada y violo las condiciones de dicha libertad supervisada ésta podrá ser revocada y se me podrá encarcelar de nuevo.

**(8) I understand that should this plea of guilty be accepted, I will be a convicted felon in the eyes of the law for the rest of my life. This means, under present law that (a) I cannot vote in Tennessee, unless my right to vote is lawfully restored, and may not be eligible to vote in other states; (b) I cannot possess a firearm anywhere; (c) If I am presently on probation, parole, or supervised release whether state or federal, the fact that I have been convicted may be used to revoke my probation, parole or supervised release regardless of what sentence I receive on this case; (d) If I am convicted of any crime in the future, whether state or federal, this conviction may be used to increase that sentence; (e) I may have to disclose the fact that I am a convicted felon when applying for employment and such disclosure may result in my not getting some jobs and having difficulty in getting others. [If I have been convicted of certain drug offenses, my conviction may result in my losing entitlement to certain federal benefits**

4

**pursuant to the Anti-Drug Abuse Act of 1988.] I understand that this list may not include all of the adverse consequences of my conviction in this case.**

(8) Entiendo que de aceptarse esta declaración de culpabilidad, ante la ley seré por el resto de mi vida un delincuente condenado por delito mayor. Esto significa, en virtud de las leyes actuales, que (a) no puedo votar en Tennessee a menos que se me restaure mi derecho de votar, y puede que nunca llegue a votar en ningún otro estado; (b) no puedo poseer, en ninguna parte, arma de fuego alguna; (c) si me encuentro libre actualmente bajo el régimen de libertad condicional (probation) o libertad a prueba (parole), o libertad supervisada, sea estatal o federal, el hecho de que he sido condenado puede usarse para revocar mi libertad condicional o libertad a prueba, o libertad supervisada, no obstante la pena que reciba yo en este caso; (d) si se me condena de algún delito en el futuro, sea estatal o federal, la condena actual puede ser usada para aumentar esa pena; (e) al solicitar empleo, podría yo tener que revelar que soy un delincuente condenado de delito mayor y tal información podría impedir que obtenga ciertos empleos y crear dificultades para obtener otros. [Si he sido condenado de ciertos delitos de narcotráfico, mi condena puede causar que pierda yo ciertas prestaciones federales, en virtud de la Ley contra el Abuso de Drogas de 1988.] Yo entiendo que es posible que esta lista no incluya todas las consecuencias negativas de una condena en este caso.

**(9) I understand that I can plead "NOT GUILTY" to any or all offenses charged against me, and continue to plead "NOT GUILTY", and that if I choose to plead not guilty, the Constitution guarantees me (a) the right to a speedy and public trial by jury; (b) the right not to testify and no implication of guilt would arise by my failure to do so; (c) the right to be presumed innocent until such time, if ever, that the government proves my guilt beyond a reasonable doubt to the satisfaction of a court and jury; (d) the right to see and hear all the witnesses and to cross-examine any witness who may testify against me; (e) the right to use the power and process of the court to compel the production of any evidence, including the attendance of any witnesses, in my favor; and to testify in my own behalf if I choose to do so; (f) the right to have the assistance of counsel in my defense at all stages of the proceedings; (g) if I am convicted at such trial I have the right to appeal with a lawyer to assist me and the appeal will not cost me any money if I am indigent. I understand that if the Court accepts my plea that there will be no jury trial and that I will be convicted of the counts to which I plead just as if a jury found me guilty of the charges following a trial. The Court may then impose sentence upon me within the limits set forth in any plea agreement stated in paragraph (13), subject to the maximum punishments set forth in paragraph (5).**

(9) Entiendo que puedo declararme "NO CULPABLE" de todo o cualquier delito que se me imputa, y que puedo seguir declarándome "NO CULPABLE", y que si elijo declararme no culpable, la Constitución me garantiza (a) el derecho a un juicio público y sin demora ante un jurado; (b) el derecho de no testificar y de que ninguna implicación de culpabilidad surgirá si no testifico; (c) el derecho a la presunción de inocencia hasta tal momento, si lo hay, en que la fiscalía

demuestre mi culpabilidad más allá de duda razonable para la buena satisfacción del Tribunal y del jurado; (d) el derecho de ver y oír a todos los testigos de cargo y de contrainterrogar a cualquier testigo que declare contra mí; (e) el derecho de servirme de la autoridad y los mandamientos del Tribunal para obligar la presentación de cualquier prueba que me beneficie, incluso la comparecencia de testigos favorables a mí; y de testificar yo a mi propio favor, si así elijo; (f) el derecho de tener la ayuda de un abogado para mi defensa en todas las etapas del proceso; (g) si se me condena en el juicio, tengo el derecho de apelar la decisión y de que un abogado me ayude con la apelación; y tal apelación no me costará nada si soy indigente. Entiendo que si el juez acepta mi declaración de culpabilidad, no habrá ningún juicio ante ningún jurado y que seré condenado del cargo de que me declaro culpable, exactamente como si un jurado me juzgara culpable del cargo al cabo de un juicio. Entonces el juez puede dictarme una pena dentro de los límites expuestos en cualquier acuerdo con la fiscalía sobre mi declaración de culpable que aparezca en el párrafo (13) de este documento, sin excederse de los castigos máximos expuestos en el párrafo (5).

**(10) No officer or agent of any branch of government (federal, state or local), nor any other person, has guaranteed me what sentence I will receive. If there are any arrangements between myself and my lawyer and the prosecution concerning my plea they are fully set forth in paragraph (13) below. I understand that even with a plea agreement no person can bind the Judge to give any particular sentence in my case. If the judge rejects an agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(A) or (C) I will be offered the opportunity to withdraw my guilty plea. If the Judge rejects a recommendation made pursuant to Rule 11(c)(1)(B) I have no right to withdraw my plea. I understand that if the judge decides to make a recommendation about where I should serve any incarceration that the recommendation is not a promise or guarantee, but only a recommendation and is not binding on the Bureau of Prisons which will make the final decision (after I am sentenced) about where I will be incarcerated.**

(10) Ningún funcionario o agente de ninguna dependencia de gobierno (federal, estatal o local), ni ninguna otra persona, me ha dado una garantía de qué pena específica recibiré. Si existen acuerdos entre mi abogado y yo y la fiscalía respecto de mi declaración de culpabilidad, dichos acuerdos están expuestos en su totalidad en el párrafo (13) abajo. Entiendo que aun teniendo un acuerdo con la fiscalía, nadie puede obligarle al Juez a dictar una pena específica en mi caso. Si el juez rechaza un acuerdo en virtud de la Regla 11(c)(1)(A) o (C) del Reglamento Federal de Procedimientos Penales, se me ofrecerá la oportunidad de retirar mi declaración de culpable. Si el juez rechaza una recomendación hecha en virtud de la Regla 11(c)(1)(B) del Reglamento Federal de Procedimientos Penales no tendré el derecho de retirar mi declaración de culpable. Entiendo que si el juez decide hacer una recomendación acerca del lugar en donde debo cumplir la pena de encarcelamiento, tal recomendación no constituye ni una promesa ni garantía sino únicamente una recomendación, y no obliga para nada a la Agencia Federal de Prisiones, la cual tomará la decisión final (después de que yo sea condenado) acerca del lugar en que se me encarcelará.

6

**(11) My lawyer has done all the investigation and research in this case that I have asked him to do, and has reviewed with me the discovery material provided by the Government. I am satisfied with his representation at this point.**

(11) Mi abogado ha llevado a cabo todas las indagaciones y averiguaciones respecto de este caso que yo le he pedido, y ha revisado conmigo los materiales proporcionados por la fiscalía. Estoy satisfecho con su representación hasta ahora.

**(12) Fully understanding my rights to plead "NOT GUILTY" and fully understanding the consequence of my plea of guilty, I wish to plead "GUILTY" and respectfully request the Court to accept my plea as follows: Guilty as charged in the Indictment**

(12) Con pleno entendimiento de mi derecho de declararme "NO CULPABLE" y de las consecuencias de mi declaración de culpable, deseo declararme "CULPABLE" y con todo respeto le ruego al Tribunal que acepte mi declaración como sigue: Culpable del cargo contenido en la acusación formal.

**(13) This plea is not a result of a plea agreement between my lawyer and the prosecution under the provisions of Rule 11 or the Federal Rules of Criminal Procedure.**

(13) Esta declaración de culpabilidad no es el resultado de un acuerdo entre mi abogado y yo y la fiscalía bajo las disposiciones de la Regla 11 del Reglamento Federal de Procedimientos Penales.

**(14) I offer my plea of "GUILTY" freely and voluntarily and of my own accord; also, my lawyer has explained to me, and I feel and believe I understand this petition.**

(14) Ofrezco mi declaración de "CULPABLE" libre y voluntariamente y por decisión mía; además, mi abogado me ha explicado esta petición, y siento y creo que la entiendo.

**(15) I am not under the influence of either drugs or alcohol.**

(15) No me encuentro bajo los efectos de drogas ni del alcohol.

**(16) I request the Court to enter now my plea of "GUILTY" as set forth in paragraph (12) of this Petition, in reliance upon my statements made in this petition.**

(16) Le ruego al Tribunal que registre ahora mi declaración de "CULPABLE" de acuerdo a lo expuesto en el párrafo (12) de esta petición, basándose en las declaraciones hechas por mí en esta petición.

(17) **Recognizing that the Court may reserve acceptance of this plea pending the receipt of the pre-sentence report, I agree that the pre-sentence report may be disclosed to the United States Attorney, my counsel and myself, prior to the sentencing hearing.**

(17) Reconociendo que el Tribunal podrá postergar su aceptación de esta declaración hasta recibir el informe previo al dictado de la pena, digo que acepto que el informe previo al dictado de la pena se divulgue al fiscal federal, a mi abogado y a mí, antes de la audiencia para el dictado de la pena.

**Signed by me in open Court under the penalties of perjury in the presence of my lawyer, this the 11th day of December, 2019.**

Firmado por mí en audiencia pública so pena de perjurio y en presencia de mi abogado hoy, el 11 de diciembre de 2019.

_____
**JOSÉ FERNANDO ANDRADE-SÁNCHEZ**
**Defendant**
Acusado


## ACKNOWLEDGMENT OF GOVERNMENT ATTORNEY
### CONFIRMACIÓN POR LA FISCALÍA FEDERAL

**The maximum punishment and plea are accurately stated above.**

La pena máxima y la declaración de culpabilidad se hacen constar arriba en forma correcta.

_____
**BRENT A. HANNAFAN**
**Lawyer for the Government**
Abogado de la Fiscalía

8

# CERTIFICATE OF COUNSEL
## CERTIFICADO DE ASESORÍA LEGAL

The undersigned, as lawyer and counselor for José Fernando Andrade-Sánchez, hereby certifies as follows:

El infrascrito, siendo abogado y asesor legal de José Fernando Andrade-Sánchez, por medio del presente certifica lo siguiente:

(1) I have read and fully explained to Mr. Andrade all the accusations against him in this case;

(1) He leído y explicado cabalmente al Sr. Andrade todas las acusaciones que se tienen en su contra en este caso;

(2) To the best of my knowledge and belief each statement set forth in the foregoing petition is accurate and true;

(2) Según mi leal saber y entender, cada declaración formulada en la petición que antecede es precisa y verídica en todo aspecto;

(3) In my opinion the plea of "GUILTY" as offered by Mr. Andrade in paragraph (12) of the foregoing petition, is voluntarily and understandingly made; and I recommend to the Court that the plea of "GUILTY" be accepted and entered as requested in paragraph (12) of the foregoing petition.

(3) En mi opinión, la declaración de "CULPABLE" presentada por el Sr. Andrade en el párrafo (12) de la petición que antecede se ha hecho voluntariamente y con pleno entendimiento; y recomiendo al Tribunal que la declaración de "CULPABLE" sea aceptada y registrada en virtud de lo rogado en el párrafo (12) de la petición que antecede.

Signed by me in open court in the presence of Mr. Andrade, this the 11th day of December, 2019.

Firmado por mí en audiencia pública y en presencia del Sr. Andrade, el 11 de diciembre de 2019.

**ANDREW BRANDON**
**Lawyer for the Defendant**
Abogado del Acusado

# **ORDER**
## ORDEN

      **Good cause appearing therefore from the foregoing petition of the foregoing named defendant and the certificate of his counsel and for all proceedings heretofore had in this case, it is ORDERED that the petition be granted and the defendant's plea of "GUILTY" be accepted and entered as prayed in the petition and as recommended in the certificate of counsel.**

      Por lo tanto, por existir motivo suficiente en la petición arriba presentada por el acusado antedicho y el certificado de su abogado, y en todas las actuaciones celebradas hasta ahora en esta causa, se ORDENA que la petición sea concedida y la declaración de "CULPABLE" del acusado sea aceptada y registrada según lo rogado en la petición y según lo recomendado en el certificado de asesoría legal.

      **Done in open court this_____ day of _____, 2019.**

      Hecho en audiencia pública el día _____ de _____ de 2019.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT
JUEZ PRINCIPAL DEL TRIBUNAL FEDERAL
DE PRIMERA INSTANCIA